**DENY and Opinion Filed July 26, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00254-CV**

**IN RE KENNETH L. BUHOLTZ, Relator**

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01691-2018**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

Relator's petition for writ of mandamus challenges various discovery rulings and the denial of his motion to transfer the case. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Because relator has not submitted an adequate record, we are unable to conduct a meaningful review of his claims. *See* TEX. R. APP. P. 52.7(a)(1). Accordingly, we deny the petition without prejudice to refiling a record that complies with the Texas rules of appellate procedure.

Also before the Court is relator's motion to transfer records. We deny the motion.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210254F.P05